UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA        CASE NO.  3:09-mj-0076 CMK

vs.        ORDER TO PAY

FRANK MANFREDONIA

The Defendant, having been found guilty of violating 36 CFR 261.10 (f), placing a vehicle or other object in such a manner that it is an impediment or hazard to the safety or convenience of any person on national forest lands, after entry of a no contest plea thereto, is

ORDERED TO PAY THE FOLLOWING:

Fine: $140.00        Assessment: $10.00

( X )    FINE AND ASSESSMENT TOTAL OF $150.00 is all due and payable on or before March 1, 2010, to the Clerk, U.S. District Court, 501 I Street, Sacramento, CA 95814.

All other charges are dismissed.

DATED: January 27, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE